1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY BAILEY,

        Plaintiff,

    v.

JOHN DOE,

        Defendant.

Case No.  13-cv-04967-WHO (PR)

**ORDER OF DISMISSAL**

      Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. He has also failed to file a complaint.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain (1) a complete IFP application, or full payment for the $350.00 filing fee, **and** (2) a complaint.  The Clerk shall enter judgment in favor of defendant, and close the file.

      **IT IS SO ORDERED.**

**Dated:**  December 6, 2013

_____

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY BAILEY,

                Plaintiff,

   v.

CALIFORNIA STATE PRISON CORCORAN
et al,

                Defendant.

_____/

Case Number: CV13-04967 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Larry Bailey AN 9302
Corcoran State Prison
P O Box 5248
Corcoran, CA 93212

Dated: December 6, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk