UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BAILEY,<br>    Plaintiff,<br>  v.<br>CALIFORNIA STATE PRISON CORCORAN, et al.,<br>    Defendants. | Case No. 13-cv-04967-WHO<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER OF TRANSFER** |

This federal civil rights action was dismissed because plaintiff failed to file a complaint and an *in forma pauperis* application by the deadline. Plaintiff has since filed both documents, which the Court construes as containing a motion to reopen the action. So construed, it is GRANTED. The action is REOPENED, and the Clerk shall amend the docket accordingly. The judgment (Docket No. 9) and the order of dismissal (Docket No. 8) are VACATED.

This action is hereby TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Kings and Kern Counties, which are in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** December 12, 2013

                     _____
                     WILLIAM H. ORRICK
                     United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY BAILEY,

        Plaintiff,

 v.

CALIFORNIA STATE PRISON CORCORAN
et al,

        Defendant.
                                       /

Case Number: CV13-04967 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Larry Bailey AN 9302
Corcoran State Prison
P O Box 5248
Corcoran, CA 93212

Dated: December 12, 2013

                                           Richard W. Wieking, Clerk
                                           By: Jean Davis, Deputy Clerk